UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DENNIS COX,
Inmate No. L69490,
    Plaintiff,

vs.                                    Case No. 5:17cv32/MCR/EMT

B. LOPEZ, et al.,
    Defendants.
_____/

## O R D E R

This case is before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated June 6, 2018 (ECF No. 18). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections. ECF No. 19.

Having considered the Report and Recommendation, and the objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious and Plaintiff is assessed a "strike" under 28 U.S.C. § 1915(e).

**DONE AND ORDERED** this 18th day of June 2018.

/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**